Same case below, 368 Fed. Appx. 560.

No. 09-10972. Osvaldo Aguilar-Aguilar, Petitioner v. United States.

561 U.S. 1019, 130 S. Ct. 3491, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5217.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 612.

No. 09-1123. Wyeth LLC, et al., Petitioners v. Donna Scroggin.

561 U.S. 1019, 130 S. Ct. 3467, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5206.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 586 F.3d 547.

No. 09-7596. William Lopez, Petitioner v. United States.

561 U.S. 1019, 130 S. Ct. 3453, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5242.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 326 Fed. Appx. 48.

No. 09-9411. Ramse Thomas, Petitioner v. United States.

561 U.S. 1019, 130 S. Ct. 3466, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5225.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 361 Fed. Appx. 174.

No. 09-10320. Injah Tafari, Petitioner v. Paul W. Annetts, et al.

561 U.S. 1019, 130 S. Ct. 3475, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5210,

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 363 Fed. Appx. 80.

No. 09-10343. Jerome McDavis, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.

561 U.S. 1019, 130 S. Ct. 3476, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5194,

June 21, 2010. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Third Circuit denied.